Matter of James v VDRMC, LLC (2023 NY Slip Op 04906)

Matter of James v VDRNC, LLC

2023 NY Slip Op 04906

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, AND GREENWOOD, JJ. (Filed Sept. 29, 2023.) 

MOTION NO. (235/23) CA 22-01270.

[*1]IN THE MATTER OF LETITIA JAMES, ATTORNEY GENERAL OF STATE OF NEW YORK, PETITIONER-RESPONDENT, 
v
VDRNC, LLC, DOING BUSINESS AS VAN DUYN CENTER FOR REHABILITATION AND NURSING, RESPONDENT-APPELLANT, DESG SOFTWARE, LLC, DOING BUSINESS AS E & I SOFTWARE INC., RESPONDENT.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.